**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Petes Auto Sales & Service, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | Pete's Auto Sales & Service, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3615110 |

| | | | | |
|---|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **119 North Street**  **Norwich, CT 06360**  Number, Street, City, State & ZIP Code  **New London**  County | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **None** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Petes Auto Sales & Service, LLC**_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7089__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Petes Auto Sales & Service, LLC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**   ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor **Petes Auto Sales & Service, LLC**     Case number (*if known*)
     Name

- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Petes Auto Sales & Service, LLC**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  5, 2023**
                  MM / DD / YYYY

**X**   **/s/ Jody Kenyon**                         **Jody Kenyon**
    Signature of authorized representative of debtor       Printed name

Title   **Member**

**18. Signature of attorney**

**X**   **/s/ Gregory F. Arcaro, Esq.**            Date **May  5, 2023**
    Signature of attorney for debtor                       MM / DD / YYYY

**Gregory F. Arcaro, Esq.**
Printed name

**Advanced Bankruptcy Legal Services of Connecticut**
Firm name

**1 Regency Drive**
**Suite 200B**
**Bloomfield, CT 06002**
Number, Street, City, State & ZIP Code

Contact phone   **860-242-0574**      Email address   **garcaro@grafsteinlaw.com**

**(ct19781) CT**
Bar number and State

# RESOLUTIONS

## OF

## Pete's Auto Sales & Service, LLC

The undersigned, being the sole member of **Pete's Auto Sales & Service, LLC,** a limited liability company organized under the laws of the State of Connecticut ("Company") do hereby certify that the following resolutions were duly adopted, are in conformity with the Articles of Organization and Operating Agreement of the Company and are in full force and effect:

**RESOLVED**, that it is in the best interests of the Company to file a Chapter 11 Bankruptcy Proceeding within the United States Bankruptcy Court for the District of Connecticut, and it is further;

**RESOLVED**, that Jody A. Kenyon is authorized execute any documents in furtherance of said Chapter 11 proceeding, and it is further;

**RESOLVED**, that the Company shall hire one or more professionals to prosecute said Chapter 11 proceeding and or any related services including without limitation accounting or consulting, and it is further;

**RESOLVED** that any actions by Jody A. Kenyon taken in furtherance of the foregoing resolutions prior to adoption of same are hereby ratified.

**WE FURTHER CERTIFY** that the present member of the Company and specimen signature is as follows:

| NAME | TITLE | SIGNATURE |
|---|---|---|
| Jody A. Kenyon | Member | */s/ Jody A. Kenyon* |

-2-

We further certify that the foregoing is a true and correct copy of a resolution duly adopted and ratified at a special meeting of the officers of said Company duly convened and held in accordance with the laws of the State of Connecticut on April 27, 2023; and that the same have not in any way been modified, repealed or rescinded and are in full force and effect.

**IN WITNESS WHEREOF**, we have hereunto set our hands as a member of said Company on April 27, 2023.

_____
Jody A. Kenyon
Its Member

Fill in this information to identify the case:
Debtor name: **Petes Auto Sales & Service, LLC**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Arbitration Assoc. Attn: President/ CEO 21st Floor New York, NY 10271** | | **Abitration Jeanette Braddock** | | | | $500.00 |
| **Cherilyn Clements & John Fish Attn: Ms. Clements & Mr. Fish 715 Norwich Westerly Road North Stonington, CT 06359** | | **Judgment Order/Contract Collections** | **Contingent Disputed** | | | $15,000.00 |
| **City of Norwich Attn: Tax Collector 100 Broadway Room 105 Norwich, CT 06360** | | **UCC Lien; Business Property Taxes** | | $417.31 | $0.00 | $417.31 |
| **City of Norwich Attn: Tax Collector 100 Broadway Room 105 Norwich, CT 06360** | | **UCC Lien; Business Property Tax** | | $403.24 | $0.00 | $403.24 |
| **City of Norwich Attn: Tax Collector 100 Broadway Room 105 Norwich, CT 06360** | | **UCC Lien; Business Property Taxes** | | $337.70 | $0.00 | $337.70 |
| **City of Norwich Attn: Tax Collector 100 Broadway Room 105 Norwich, CT 06360** | | **UCC Lien; Business Property Tax** | | $239.47 | $0.00 | $239.47 |

Debtor **Petes Auto Sales & Service, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Norwich**  Attn: Tax Collector  100 Broadway  Room 105  Norwich, CT 06360 | | **UCC Lien; Business Property Taxes** | | $205.18 | $0.00 | $205.18 |
| **Crown Uniform & Linen Ser**  Attn: President/CEO  15 Technology Way  Nashua, NH 03060 | | **Uniforms** | | | | $1,581.89 |
| **Department of Revenue Service**  Attn: Commissioner of Rev Serv  450 Columbus BLVD Suite 1  Hartford, CT 06103-1837 | | **State IncomeTax Debt** | | | | $336.00 |
| **Department of Revenue Service**  Attn: Commissioner of Rev Serv  450 Columbus BLVD Suite 1  Hartford, CT 06103-1837 | | **Sales & Use Tax** | | | | $1,896.67 |
| **James Gay**  Attn: James gay  57 11th Street  Norwich, CT 06360 | | **Judgment Order; Bank Garnishment 02/23/2023 $370.59** | **Contingent Disputed** | | | $297,055.66 |
| **Jeanette Braddock**  c/o Daniel S. Blinn, Esq.  Attn: Counsel  35 Cold Spring Rd; Ste 512  Rocky Hill, CT 06067 | | **Judgement Order; Bank Garnishment 09/15/2022 $19,598.62** | **Contingent Disputed** | | | $9,691.63 |
| **Joanna Ortega**  Attn: Joanna Ortega  34 Gaylord Road  Windsor Locks, CT 06096 | | **Judgment Order; Execution Issued 03/13/2023** | **Contingent Disputed** | | | $3,546.29 |
| **Lendora Capital, LLC.**  Attn: President/CEO  263 Tresser BLVD. 9th FL; #2901  Stamford, CT 06901 | | **UCC Lien; Judgment Order; Bank Garnishment 01/25/2023 $1,133.49** | **Contingent Disputed** | $76,363.00 | $0.00 | $76,363.00 |

Debtor **Petes Auto Sales & Service, LLC**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mid Atlantic Finance**<br>**Attn: President/ CEO**<br>**4592 Ulmerton Rd**<br>**Suite 200**<br>**Clearwater, FL 33762** | | **UCC Lien- Business Trade Debt** | **Contingent Disputed** | **Unknown** | **$0.00** | **Unknown** |
| **Mitchell International**<br>**c/o Caine & Weiner**<br>**Attn: Counsel**<br>**Po Box 55848**<br>**Sherman Oaks, CA 91413** | | **Vehicle Glass Replacement & Repairs** | | | | **$1,759.14** |
| **Nidra Dixon**<br>**Attn: Nidra Dixon**<br>**12 Bliss Place**<br>**Norwich, CT 06360** | | **Judgment Order; Bank Garnishment 03/21/2023 $87.56** | **Contingent Disputed** | | | **$2,386.44** |
| **OUTFRONT Media**<br>**Attn: President/ CEO**<br>**Po Box 33074**<br>**Newark, NJ 07188-0074** | | **Advertising** | | | | **$13,225.00** |
| **Traystman & Coric, LLC.**<br>**Attn: Counsel**<br>**PO Box 60**<br>**New London, CT 06320** | | **Attorney fees from lawsuits. Bill not yet received** | **Contingent Disputed** | | | **$706.30** |
| **Vedely Jeanty**<br>**Attn: Vedely Jeanty**<br>**39 Cliff Street**<br>**Apt.3**<br>**Norwich, CT 06360** | | **Judgment Order; Bank Garnishment 03/13/2023 $3,274.09** | **Contingent Disputed** | | | **$5,985.86** |

Ainsworth Gorkin PLLC.
Attn: Counsel
Po Box 605
New York, NY 10038

American Arbitration Assoc.
Attn: President/ CEO
21st Floor
New York, NY 10271

Cherilyn Clements &
John Fish
Attn: Ms. Clements & Mr. Fish
715 Norwich Westerly Road
North Stonington, CT 06359

Chinigo Leone & Maruzo LLP
Attn: Counsel
141 Broadway
P.O. Box 510
Norwich, CT 06360-0510

City of Norwich
Attn: Tax Collector
100 Broadway
Room 105
Norwich, CT 06360

Consumer Law Group
Attn: Counsel
35 Cold Spring Road
Suite 512
Rocky Hill, CT 06067

Credit Acceptance Corp
Attn: President/ CEO
100 Pearl Street
17th Floor
Hartford, CT 06103

Crown Uniform & Linen Ser
Attn: President/ CEO
15 Technology Way
Nashua, NH 03060

```
Department of Revenue Service
Attn: Commissioner of Rev Serv
450 Columbus BLVD
Suite 1
Hartford, CT 06103-1837


DLL Financial Solutions
Attn: President/ CEO
Po Box 824018
Philadelphia, PA 19182-4018


Hassett & George PC
Attn: Counsel
945 Hopmeadow St
Simsbury, CT 06070


James Gay
Attn: James gay
57 11th Street
Norwich, CT 06360


Januszweski, McQuillan
& De Nigris, LLP
Attn: Counsel
165 West Main St; Po box 150
New Britain, CT 06050


Jeanette Braddock
c/o Daniel S. Blinn, Esq.
Attn: Counsel
35 Cold Spring Rd; Ste 512
Rocky Hill, CT 06067


Joanna Ortega
Attn: Joanna Ortega
34 Gaylord Road
Windsor Locks, CT 06096


Jody Kenyon
Attn: Jody Kenyon
39 Adams Drive
Norwich, CT 06360
```

Lendora Capital, LLC.
Attn: President/ CEO
263 Tresser BLVD.
9th FL; #2901
Stamford, CT 06901


Merel Corp.
Attn: President/ CEO
111 John Street
Suite 1210
New York, NY 10038


Mid Atlantic Finance
Attn: President/ CEO
4592 Ulmerton Rd
Suite 200
Clearwater, FL 33762


Mitchell International
c/o Caine & Weiner
Attn: Counsel
Po Box 55848
Sherman Oaks, CA 91413


Nidra Dixon
Attn: Nidra Dixon
12 Bliss Place
Norwich, CT 06360


OUTFRONT Media
Attn: President/ CEO
Po Box  33074
Newark, NJ 07188-0074


Peter Oddo
Attn: Peter Oddo
39 Adams Drive
Norwich, CT 06360


SHAMROCK FINANCE LLC
c/o LENDBUZZ FLOORPLAN, LLC
Attn: President/ CEO
100 Summer St, Suite 3150
Boston, MA 02110-2106

Sugarmann & Sugarmann
Attn: Counsel
One Bradley Road
PO Box 3966
Woodbridge, CT 06525

Traystman & Coric, LLC.
Attn: Counsel
PO Box 60
New London, CT 06320

Vedely Jeanty
Attn: Vedely Jeanty
39 Cliff Street
Apt.3
Norwich, CT 06360

# United States Bankruptcy Court
### District of Connecticut

In re  **Petes Auto Sales & Service, LLC**                                 Case No.
Debtor(s)                                                                                           Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Petes Auto Sales & Service, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 5, 2023** | **/s/ Gregory F. Arcaro, Esq.** |
| Date | **Gregory F. Arcaro, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for **Petes Auto Sales & Service, LLC** |
| | **Advanced Bankruptcy Legal Services of Connecticut** |
| | **1 Regency Drive** |
| | **Suite 200B** |
| | **Bloomfield, CT 06002** |
| | **860-242-0574 Fax:860-676-9168** |
| | **garcaro@grafsteinlaw.com** |